# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN LEON JONES, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14CV1139 CEJ |
| | ) | |
| COCA-COLA, | ) | |
| | ) | |
| Defendant, | ) | |

## MEMORANDUM AND ORDER

On June 23, 2014, plaintiff filed a complaint asserting a claim of employment discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. "In order to initiate a claim under Title VII a party must timely file a charge of discrimination with the EEOC and receive a right-to-sue letter." Stuart v. General Motors Corp., 217 F.3d 621, 630 (8th Cir. 2000). Because plaintiff has not filed a copy of his right-to-sue letter from the Equal Employment Opportunity Commission (EEOC), the complaint is not properly before the Court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall submit a copy of his right-to-sue letter from the EEOC within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order this action will be dismissed without further notice to plaintiff.

Dated this 25th day of June, 2014.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE